In the Matter of JULIUS S. MOSKOWITZ et al., Respondents, against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, et al., Appellants.

Argued April 17, 1945; decided May 24, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Francis A. Fullam, Jr.,* and *James Hall Prothero* of counsel), for appellants.

*Neil M. Lieblich* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.